# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>SAIED ZIAFATHY NOBAR,<br>    Defendant. | 2:24-cv-10315-DSF<br>2:21-cr-00157-DSF<br><br>Order GRANTING Motion for Extension of Time (Dkt. 14) |

    Defendant's motion for an extension of time is GRANTED. The reply is now due May 27, 2025.

    IT IS SO ORDERED.

Date: May 6, 2025

_____
The Honorable Dale S. Fischer
United States District Judge